ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| BNN Logistics | ) ASBCA Nos. 61841, 61862, 61905 |
| | )               62241, 62355, 62356 |
| | )               62357, 62651, 63310 |
| | )               63311 |
| | ) |
| Under Contract No. W91B4N-11-D-7005 | ) |

APPEARANCES FOR THE APPELLANT:     Michael D. Maloney, Esq.
                                     Williams Mullen
                                     Tysons Corner, VA

                                     Todd W. Miller, Esq.
                                     Miller & Miller
                                     Denver, CO

                                     Enayat Qasimi, Esq.
                                     Whiteford, Taylor & Preston L.L.P.
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                   James D. Stephens, Esq.
                                   MAJ Jill B. Wiley, JA
                                   1LT Bryan R. Williamson, JA
                                   1LT Dorothy D. Smith, JA
                                   Christopher T. DelGiorno, Esq.
                                     Trial Attorneys

ORDER OF DISMISSAL

Count II of ASBCA No. 62355 has been withdrawn. Accordingly, Count II of ASBCA No. 62355 is dismissed from the Board's docket with prejudice.

Dated: September 21, 2022

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62355 Count II, Appeal of BNN Logistics, rendered in conformance with the Board's Charter.

Dated:  September 21, 2022

_for_ Tammye D. Allen

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals